*Arthur W. Upson* and *William J. McConville*, for the appellant (plaintiff).

*Frank L. Hungerford*, for the appellee (defendant).

Opinion filed with the clerk of the Court of Common Pleas in Hartford County.

THE CITY COAL AND WOOD COMPANY vs. THE NEW BRITAIN INSTITUTE.

First Judicial District.
Argued October 12th—decided November 11th, 1904.

ACTION to foreclose a mechanic's lien and to recover damages, brought to and tried by the Court of Common Pleas in Hartford County, *Coats, J.*; facts found and judgment rendered for the defendant, and appeal by the plaintiff. *No error.*

*Frank L. Hungerford*, for the appellant (plaintiff).

*Bernard F. Gaffney*, for the appellee (defendant).

Opinion filed with the clerk of the Court of Common Pleas in Hartford County.

* Transferred from the first judicial district.